IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case Number: 7:13-cr-48 (HL) |
| | : | |
| ROSALIO GONZALES and | : | |
| HERLINDA GASPAR, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The trial of this case, presently scheduled to begin January 27, 2014 in Valdosta, is hereby continued until March 31, 2014. The Court continues this case based on a request by the Defendant's counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 13th day of January, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**